UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW MOSCOE, | ) | CASE NO. CV 14-5141 DSF (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| M. HOLLAND, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the petition is dismissed with prejudice.

DATED: 1/5/15

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge